B6B (Official Form 6B) (12/07)

07/07/2010 09:26:06am

In re **Ernesto Granados**                     Case No. **10-35157-H3-13**
                                                              (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First National Bank Texas | C | $300.00 |
| | | Wachovia Bank; Checking Account | C | $89.96 |
| | | Wachovia Bank; Savings | C | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Sofas(8) | C | $3,000.00 |
| | | Love Seats(2) | C | $1,000.00 |
| | | Coffee Tables(10) | C | $1,000.00 |
| | | End Tables(4) | C | $1,000.00 |
| | | VCR/DVD(5) | C | $500.00 |
| | | Ottoman(4) | C | $500.00 |
| | | Entertainment Center(3) | C | $500.00 |
| | | Rugs(7) | C | $1,500.00 |
| | | TVs(6) | C | $3,000.00 |
| | | Stereos(5) | C | $1,000.00 |
| | | Kitchen Table w/chairs(1) | C | $500.00 |
| | | Dining Room Table | C | $500.00 |
| | | China Cabinet | C | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Ernesto Granados**                                         Case No. **10-35157-H3-13**
                                                                              (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Flatware(2sets) | C | $50.00 |
| | | Pots and Pans(10) | C | $100.00 |
| | | Dishes and Glasses(20) | C | $500.00 |
| | | Beds(4) | C | $1,000.00 |
| | | Chests(2) | C | $500.00 |
| | | Dressers(3) | C | $200.00 |
| | | Armoires | C | $500.00 |
| | | Nightstands(4) | C | $500.00 |
| | | Lamps(15) | C | $500.00 |
| | | TV Stands(3) | C | $300.00 |
| | | Refrigerators(5) | C | $3,000.00 |
| | | Stove(2) | C | $500.00 |
| | | Dish Washer | C | $300.00 |
| | | Washer(2) | C | $500.00 |
| | | Dryer(2) | C | $500.00 |
| | | Microwave (2) | C | $100.00 |
| | | Vacuum Cleaner(5) | C | $500.00 |
| | | Desks(2) | C | $300.00 |
| | | Computers(6) | C | $2,000.00 |

In re **Ernesto Granados**  Case No. **10-35157-H3-13**
(if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
|  |  | Lawn Mower | C | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. |  | Books(100) | C | $2,000.00 |
|  |  | Pictures(40) | C | $500.00 |
|  |  | Mirrors(6) | C | $500.00 |
|  |  | Paintings(8) | C | $1,500.00 |
|  |  | Collectibles(10) | C | $1,000.00 |
| 6. Wearing apparel. |  | Clothing and Shoes | C | $4,000.00 |
| 7. Furs and jewelry. |  | Watches(6) | C | $500.00 |
|  |  | Costume Jewelry(6) | C | $500.00 |
|  |  | Fine Jewelry(5) | C | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. |  | Tools(20) | C | $3,000.00 |
|  |  | Pool Table | C | $500.00 |
|  |  | Game Systems(3) | C | $500.00 |
|  |  | Patio Furniture(8) | C | $1,000.00 |
|  |  | BBQ Pit(2) | C | $500.00 |
|  |  | Firearms(2) | C | $1,500.00 |
|  |  | Sports Equipment(4) | C | $2,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ernesto Granados**                                              Case No.  **10-35157-H3-13**
                                                                                   (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Camping Equipment(3) | C | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Master Valet Parking Inc. | C | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re **Ernesto Granados**     Case No. **10-35157-H3-13**

(if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Ernesto Granados**        Case No. **10-35157-H3-13**
                                                                                            (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Lincoln Navigator | C | $20,000.00 |
| | | 2002 Jaguar X Type | C | $10,000.00 |
| 26. Boats, motors, and accessories. | | 2008 Scooter | C | $1,800.00 |
| | | 2000 Bayliner Boat | C | $10,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| <u>29. Machinery, fixtures, equipment, and supplies used in business.</u> | | <u>2000 Golf Cart</u> | <u>C</u> | <u>$3,000.00</u> |
| | | Ford F150 Passenger Van | C | $5,000.00 |
| | | Podiums(25) | C | $2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog's, Cat's, Bird and Fish | C | $2,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ernesto Granados**                                      Case No.  **10-35157-H3-13**
                                                                                    (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____6_____ continuation sheets attached    **Total >**    **$101,590.96**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Ernesto Granados**            Case No. **10-35157-H3-13**
                                                                                                       (If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 11 Hilshire Grove Ln. Houston, TX 77055 Lot 11 Hilshire Grove Harris, Texas | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $35,832.49 | $620,000.00 |
| Sofas(8) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $3,000.00 | $3,000.00 |
| Love Seats(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| Coffee Tables(10) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| End Tables(4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| VCR/DVD(5) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Ottoman(4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Entertainment Center(3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Rugs(7) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,500.00 | $1,500.00 |
| TVs(6) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $3,000.00 | $3,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $47,832.49 | $632,000.00 |

In re **Ernesto Granados**   Case No. **10-35157-H3-13**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Stereos(5) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| Kitchen Table w/chairs(1) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Dining Room Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| China Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Flatware(2sets) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Pots and Pans(10) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Dishes and Glasses(20) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Beds(4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| Chests(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Dressers(3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Armoires | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Nightstands(4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Lamps(15) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| | | $54,182.49 | $638,350.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Ernesto Granados**　　　　　　　　　　　　　　　　Case No.　**10-35157-H3-13**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| TV Stands(3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $300.00 | $300.00 |
| Refrigerators(5) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $3,000.00 | $3,000.00 |
| Stove(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Dish Washer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $300.00 | $300.00 |
| Washer(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Dryer(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Microwave (2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Vacuum Cleaner(5) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Desks(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $300.00 | $300.00 |
| Computers(6) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $2,000.00 | $2,000.00 |
| Lawn Mower | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Books(100) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $2,000.00 | $2,000.00 |
| Pictures(40) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| | | **$64,732.49** | **$648,900.00** |

In re  **Ernesto Granados**                                   Case No.   **10-35157-H3-13**
                                                                        (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Mirrors(6) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Paintings(8) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,500.00 | $1,500.00 |
| Collectibles(10) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $1,000.00 | $1,000.00 |
| Clothing and Shoes | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $4,000.00 | $4,000.00 |
| Watches(6) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $500.00 | $500.00 |
| Costume Jewelry(6) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $500.00 | $500.00 |
| Fine Jewelry(5) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $1,000.00 | $1,000.00 |
| Tools(20) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $3,000.00 | $3,000.00 |
| Pool Table | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $500.00 | $500.00 |
| Game Systems(3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $500.00 | $500.00 |
| Patio Furniture(8) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $1,000.00 | $1,000.00 |
| BBQ Pit(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $500.00 | $500.00 |
| Firearms(2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $1,500.00 | $1,500.00 |
| | | **$80,732.49** | **$664,900.00** |

In re  **Ernesto Granados**  Case No.  **10-35157-H3-13**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Sports Equipment(4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $2,000.00 | $2,000.00 |
| Camping Equipment(3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $500.00 | $500.00 |
| 2005 Lincoln Navigator | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $20,000.00 |
| 2002 Jaguar X Type | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $10,000.00 | $10,000.00 |
| 2008 Scooter | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $1,800.00 | $1,800.00 |
| 2000 Bayliner Boat | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $800.00 | $10,000.00 |
| <u>2000 Golf Cart</u> | <u>Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)</u> | <u>$0.00</u> | <u>$3,000.00</u> |
| Ford F150 Passenger Van | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | $5,000.00 |
| Podiums(25) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | $2,000.00 |
| Dog's, Cat's, Bird and Fish | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $2,000.00 |
| | | **$95,832.49** | **$721,200.00** |