## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-35157-H3-13 |
| | § | |
| ERNESTO GRANADOS | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## <u>CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT</u>

**NOTICE IS HEREBY GIVEN,** that on April 25, 2011, American Home Mortgage Servicing Inc filed a Notice of Mortgage Payment Change (docket #50). No party in interest filed a motion seeking review of the proposed adjustment within the 21 day time period specified in the notice. Therefore, pursuant to Paragraph 1 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment.

Effective with the May 23, 2011 payment, the Chapter 13 plan payment is increased by the sum of $83.37, for a total payment of $5,400.39, and this increase is effective to all subsequent plan payments, unless otherwise ordered by the Court. Failure of the Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions Id. No. 3857
9821 Katy Freeway
Suite 590
Houston, Texas 77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

## **CERTIFICATE OF SERVICE**

       The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on May 19, 2011, either electronically or via U.S. First Class Mail.

| United States Trustee | Kenneth Keeling | Ernesto Granados |
|---|---|---|
| 515 Rusk Avenue | 3310 Katy Freeway #200 | 11 Hilshire Grove Ln |
| Suite 3516 | Houston, TX 77007 | Houston, TX  77055 |
| Houston, TX 77002 | | |

/s/ William E. Heitkamp
William E. Heitkamp, Trustee